STATE of Missouri, Respondent,

v.

Rodney A. PANKAU, Appellant.

No. WD 35845.

Missouri Court of Appeals,
Western District.

June 11, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 30, 1985.

Application to Transfer Denied
Sept. 10, 1985.

Robert G. Duncan, Gladstone, for appellant.

William Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for manslaughter, in violation of § 565.005, RSMo Supp.1983.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Gary J. MERRITT, Appellant.

No. WD 35930.

Missouri Court of Appeals,
Western District.

June 11, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 30, 1985.

Application to Transfer Denied
Sept. 10, 1985.

Holly Simons, Columbia, for appellant.

William Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for capital murder. Judgment affirmed. Rule 30.25(b).